**Order entered April 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00098-CV

### RYAN GALLAGHER, Appellant

### V.

### COLLIN COUNTY, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00049-2020**

### ORDER

The Court has been notified that Tonya Lebo, Deputy Official Court Reporter for the 416th Judicial District Court, has filed a contest to appellant's Statement of Inability to Afford Payment of Court Costs. On the Court's own motion, we **ORDER** Ms. Lebo to file a status of the contest within ten days of the trial court's ruling on the contest.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Thompson, Presiding Judge of the 416th Judicial District Court; Ms. Lebo; and, all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE